CAUSE NO: _____

_Elba Pabón Ojeda_
Plaintiff,

v. _dbA Takata Airbags_
_TK Holdings, Inc._
Defendant.

IN THE _____

_____

B-20- 99

United States District Court
Southern District of Texas
FILED

JUL - 8 2020

David J. Bradley, Clerk of Court

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST F(

PLAINTIFF, proceeding *pro se*, brings this complaint for dam

and alleges as follows:

#### I. DISCOVERY LEVEL

1. Pursuant to Rule \_\_\_\_\_, *Texas Rules of Civil Procedure*, this i

#### II. REQUEST FOR DISCLOSURE:

2. Pursuant to Rule 194, *Texas Rules of Civil Procedure*, you are

within 50 days of service of this request, all information requi

#### III. PARTIES

3. Plaintiff is

_an individual who resides in Cameron County, Texas_

_Defendant is:_
_a business that went bankrupt!_
_U.S Bankruptcy Court Trustee,_
_c/o Mr. Eric D. Green, Special Master_
_District of Delaware_
_TK Holdings, Inc., et al,_
_case # 17-11375 (BLS)_
_824 Market Street N. 3rd Floor_
_Wilmington, Delaware, 19801_

5. Venue is proper in _Cameron County_ because, _the actions giving rise to this Complaint occurred in Cameron County and Defendant Resides in an unknown County but does business in Cameron County_

The damages claimed in this complaint do not exceed the jurisdictional limits of this Court.

## V. FACTS ALLEGED

6. July 9th 2018 we were involved in a car accident, the airbag deployed with excessive force causing injuries in both of my eyes burning my face and hair

7. As a result of my eyes injuries I had 2 surgeries on my right eye and one on my left eye; due to a rupture on the right cornea.

8. My vision will never be the same, I still see blur on my right eye and I can't see the distance between stair steps, I fell at the Courthouse in Brownsville, Texas from the fourth step.

## VI. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF:

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**, page _____ of _____

____. Plaintiff re-alleges and incorporates all prior allegations in this Petition as if fully set forth here.

_____
_____
_____
_____

____. Defendant's actions, as described above, have caused Plaintiff the following damages:

Loss of vision, an amount of pain that can't be describe, and a lot of suffering
_____
_____

//

//

//

//

//

//

//

//

## VII. PRAYER FOR RELIEF

____. WHEREFORE, Plaintiff requests the following relief:

A money award judgement against defendant for $3,000,000.00

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**, page ____ of ____

-A money award judgment entered against Defendant for Plaintiff's damages, which are within the jurisdictional limits of this court.

-An award of post-judgment interest on any money damages awarded at the current statutory rate.

-Plaintiff's reasonable costs and disbursements for bringing this action.

-Any and all other relief the Court deems just and reasonable under the circumstances.

Respectfully submitted on: 7/8/2020

By: *[signature]* Elba Iris Pabón Ojeda
Elba Pabón Ojeda

Plaintiff, pro se
P.O. Box 2077 So. Padre Island, Tx 78597
469-516-8877
elbapabon23@gmail.com

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**, page ____ of ____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOSE L VALLS - VICE PRES
   NISSAN NORTH AMERICA INC
   ONE NISSAN WAY
   FRANKLIN, TN 37067

9590 9402 5586 9274 6294 03

2. Article Number (Transfer from service label)

   7019 1640 0000 3002 6083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Alison S. Rice
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ed Mail
   ☐ ...ed Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHARLIE CLARK
   DBA CHARLIE CLARK NISSAN
   3500 W Expy 83
   Harlingen, TX 78552

9590 9402 5586 9274 6294 27

2. Article Number (Transfer from service label)

   7018 0360 0001 2552 6451

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 6/09/

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ed Mail
   ☐ ...ed Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt





July 9th 2018 We were involved in a car accident in Los Fresnos, Texas. The front passenger airbag deployed with so much force that hit my face, eyes, burned my hair and face, I suffered a cut on my right eyebrow I thought the bone was broken. Both of my eyes were bruised, and as a result I had 2 surgeries on my right eye and one on my left eye. I still have radio opaque (particles without color) on my forehead, between my eyes next to my left nostril, the side of my face and in the neck. As I explained before the airbag deployed with excessive force, I was unconcious for a few minutes, I include my medical record from the E.R. and from Tharmond eye Associates. My right eye hasn't heal yet. I'm still off balance and I can't see well the difference between steps. My glasses correct my right eye because I still see blur. We weren't aware that the vehicle, a 2017 Nissan Altima had a recall since 4/29/2016. More than a year prior to be assembled, the sensor of the front passenger airbag had the recall.

According to NHTSA after more than 6,000 complaints they decided to investigate by calling different dealerships and none of the vehicles was touched. Nissan is not suppose to use Takata airbags since 2015.



7/8/2020

From:

Elba Pabón Ojeda
P.O. Box 2077
So. Padre Island, Tx 78597
Tel# 469-516-8877
e-mail: elbapabon23@gmail.com

another # 713-449-6620
daughter Maria Barrón

Any information you need we can provide, call or send a message

Thank you

Elba